**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

United States of America,  CASE NO. 3:05cr769

    Plaintiff,

    - vs -

**ORDER**

Richard Roby,

    Defendant.

    This matter was heard on June 16, 2008 upon the request of the probation office for a finding that the defendant had violated the conditions of his supervised release. The defendant was represented by counsel. The defendant admitted to the violations contained in the report. The Court found the defendant to be in violation . The Court revoked supervised release and imposed the following sentence:

    A term of custody of 16 months with the Bureau of Prisons shall be imposed. The defendant shall receive credit for time served while awaiting disposition of this case. No further term of supervised release shall be imposed.

    SO ORDERED.

                                        S/ James G. Carr
                                        Chief Judge